IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

United States Steel Corporation,

Civil Action No. 2:15-cv-01367 AJS

vs.

or

Criminal Action No. _____

Universal Metals LLC and David E. Feniger,

**DISCLOSURE STATEMENT**

     Pursuant to Local Rule 7.1.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____, in the above captioned action, certifies that the following are parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public:

or

     Pursuant to Local Rule 7.1.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Universal Metals LLC, in the above captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

October 22, 2015                                        */s/ Beverly A. Block, Esquire*
Date                                                                 Signature of Attorney or Litigant