IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES STEEL CORPORATION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Case No. 2:15-cv-01367-AJS |
| UNIVERSAL METALS LLC and DAVID E. FENIGER, | ) ) ) Electronically Filed ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, United States Steel Corporation, and Defendants, Universal Metals LLC and David E. Feniger, through their respective undersigned counsel, hereby stipulate to the dismissal, with prejudice, of all claims and counterclaims herein, pursuant to Rule 41 of the Federal Rules of Civil Procedure, and acknowledge and agree that the Court retains jurisdiction to enforce the terms of the settlement agreement between and among them.

/s/ Samuel F. Reynolds, Jr.
Virginia Dawn Beighey
Pa. I.D. No. 62638
dbeighey@uss.com
Telephone: (412) 433-2962
Samuel F. Reynolds, Jr.
Pa. I.D. No. 42215
sfreynoldsjr@uss.com
Telephone: (412) 433-2832
United States Steel Corporation
600 Grant Street, Room 1500
Pittsburgh, PA 15219
Fax: (412) 433-2811
*Attorneys for United States Steel Corporation*

/s/ Beverly A. Block
Beverly A. Block
PA I.D. No. 93406
bab@sgkpc.com
Sherrard, German & Kelly, P.C.
The Oliver Building
535 Smithfield Street, Suite 300
Pittsburgh, PA 15222
Telephone: (412) 355-0200
*Attorney for Universal Metals LLC and David E. Feniger*

this 21st of April, 2016
SO ORDERED.
_____
DISTRICT JUDGE